# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LETICIA RAYOS-ORTIZ,<br><br>　　　　Defendant | Case No.: 15cr2402 CAB<br><br>ORDER AND JUDGMENT OF DISMISSAL |

**FILED**
MAR 28 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Based upon the Motion filed by the United States,

　　IT IS HEREBY ORDERED AND IT IS THIS COURT'S JUDGMENT that the Information against LETICIA RAYOS-ORTIZ is dismissed with prejudice.

　　IT IS FURTHER ORDERED that Ms. RAYOS-ORTIZ' bond is hereby be exonerated.

　　DATED this 28th day of March, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE